# Tab 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JD WINDDOWN, LLC | § | |
| DJC HOLDINGS, LLC | § | |
| DOUG MOORE, | § | |
|    *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No: 4:17-cv-1825 |
| | § | |
| THE CINCINNATI CASUALTY COMPANY, | § | |
| THE CINCINNATI INSURANCE COMPANY, | § | |
| PAUL R. WHITE & COMPANY, INC. and | § | |
| CHRISTOPHER WHITE | § | |
|    *Defendants* | § | |

___

## INDEX OF DOCUMENTS BEING FILED

Tab 1     Index of Documents Filed;

Tab 2     Copy of State Court Docket sheet;

Tab 3     All documents filed in State Court;

Tab 4     Certificate of Interested Persons;

Tab 5     Civil Cover Sheet.