United States District Court
Southern District of Texas
**ENTERED**
September 08, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JD WINDDOWN, LLC, <br> DJC HOLDINGS, LLC, <br> DOUG MOORE <br> *Plaintiffs*, <br><br> v. <br><br> THE CINCINNATI CASUALTY COMPANY, <br> THE CINCINNATI INSURANCE COMPANY, <br> PAUL R. WHITE & COMPANY, INC. and <br> CHRISTOPHER WHITE <br> *Defendants* | § § § § § § § § § § § § | Civil Action No: 4:17-cv-1825 |

**FINAL JUDGMENT**

Consistent with the Agreed Motion to Dismiss with Prejudice filed by Plaintiffs, JD WINDDOWN, LLC, DJC HOLDINGS, LLC and DOUG MOORE and by Defendants, THE CINCINNATI CASULATY COMPANY, THE CINCINNATI INSURANCE COMPANY, PAUL R. WHITE & COMPANY, INC. and CHRISTOPHER WHITE, the Court grants the Motion. Therefore,

The Court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by Plaintiffs against Defendants, be, and are hereby, dismissed with prejudice. Costs are to be borne by the party incurring same and no execution shall issue.

SIGNED: September 8, 2017 .

_____
United States District Judge